COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-204-CV

 

GAMESTOP,
INC. AND GUION GREGG, III                             APPELLANTS

 

                                                   V.

 

RADIOSHACK
CORPORATION                                                  APPELLEE

                                               ----------

            FROM
THE 236TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellants= AUnopposed
Motion For Disposition Pursuant To Settlement Agreement.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellants,
for which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D:   GARDNER, WALKER, and MCCOY, JJ.

 








DELIVERED: June 29, 2006











[1]See Tex. R. App. P. 47.4.